UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| DANIEL & PATRICIA SHIRK | ) CHAPTER 13 CASE NO.  03-61302 |
| | ) |
| DEBTORS | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 106000**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $2.97 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That the debtors' case was completed in March 2010 and a refund check was sent to the Debtors in the amount of $2.97 in April, 2010.

3. To date the check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $2.97 into U.S. Treasury Fund 106000 on behalf of Debtors, Daniel and Patricia Shirk, whose last known address was 1945 Hamann Court, Whiting, IN 46394..

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on July 19, 2010 to the attorney for the debtor and the United States Trustee and to the debtor at **1945 Hamann Court, Whiting, IN 46394.**

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015